UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARVELLE EDWARD SHARP,

        Petitioner,

v.                                                             Case No. 2:06-cv-146
                                                               HON. ROBERT HOLMES BELL

BARRY MCLEMORE,

        Respondent.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (Docket #3) is approved and adopted as the opinion of the Court.

2.      The petition for writ of habeas corpus is dismissed with prejudice.  Petitioner is denied a certificate of appealability should he file an appeal of this judgment.

Date:      August 31, 2006                    /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              CHIEF UNITED STATES DISTRICT  JUDGE